IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES,** § | |
| § | |
| Plaintiff, § | |
| v. § | Criminal Case No. **3:15-CR-519-L(03)** |
| § | |
| **IFEANYI "TIM" EGUBUCHUNAM,** § | **Under Seal and Ex Parte** |
| § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| **BANK OF AMERICA, N.A.;** § | |
| **COMPUTERSHARE; HCA HOLDINGS** § | |
| **INC.; and TRANSAMERICA PREMIER** § | |
| **LIFE INSURANCE CO.,** § | |
| § | |
| Garnishees. § | |

## ORDER

The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 672) were entered in this case on July 10, 2018, recommending that the court deny the Government's Ex Parte Application for Writs of Garnishment and Motion to Void Divorce Decree as Fraudulent Transfer ("Application") (Doc. 606), filed April 12, 2017. The Government filed an objection to the Report (Doc. 672) on July 24, 2018, but does not take issue with the magistrate judge's factual findings or legal conclusions. It, instead, contends that the court should receive further evidence and indicates that it intends to file a dispositive motion supported by additional evidence in support of the relief sought with respect to the property at issue. The Government, therefore, requests that the court defer in making a final ruling regarding the property until after it files a dispositive motion for final order with respect to the property held by the

**Order – Page 1**

garnishees. Accordingly, the court construes the document filed by the Government as a request for it to defer making a final ruling on the property until after it files a dispositive motion and additional evidence, not as an objection *per se* to the magistrate judge's factual findings or legal conclusions.

After considering the Application, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court; however, instead of denying the Government's Application at this time as recommended by the magistrate judge, the court, in light of the Government's statement that it intends to file a dispositive motion for final order on the property and additional evidence, **denies without prejudice** the Ex Parte Application for Writs of Garnishment and Motion to Void Divorce Decree as Fraudulent Transfer (Doc. 606).

**It is so ordered** this 15th day of January, 2019.

Sam A. Lindsay
United States District Judge